UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher M. Elwell

    v.                                                  Case No. 18-cv-906-LM

Doe #1 et al


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 13, 2020. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                          _____
                                                          Landya B. McCafferty
                                                          Chief Judge

Date: April 13, 2020

cc: Christopher M. Elwell, pro se