```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Christopher M. Elwell</u>

    v.                              Case No. 18-cv-906-LM

<u>Ed Correia, et al.</u>

## Report and Recommendation

Christopher Elwell, who is proceeding pro se, alleges that three deputies with the Strafford County Sheriff's Department violated his Eighth Amendment rights by failing to protect him from another inmate during his sentencing hearing.  Elwell is now incarcerated at the New Hampshire State Prison for Men.  He has filed a motion for a restraining order against the New Hampshire Department of Corrections that arises from the prison's alleged interference with the efforts of a fellow inmate to assist Elwell in preparing his legal papers in this case.

In support of his motion, Elwell alleges that the New Hampshire Department of Corrections has a rule that inmates cannot assist other inmates with preparation of legal matters. He further alleges that the inmate who has been assisting him has refused to obey an order to comply with that rule.  Elwell also contends that he would be unable to litigate this case without the assistance of the inmate.

It is not necessary to address the requirements for injunctive relief or the merits of Elwell's allegations in the circumstances presented.  This case is about the treatment Elwell received while he was in the custody of Strafford County Sheriff's deputies during his sentencing hearing, and the defendants are the deputies involved in the incident Elwell alleges in his complaint.  There are no claims involving the New Hampshire Department of Corrections or its employees, and neither the Department nor any employee is a party in this case.

Therefore, the relief that Elwell is seeking against the New Hampshire Department of Corrections is not available in this case.

## Conclusion

For the foregoing reasons, the plaintiff's motion for a restraining order (document no. 50) should be denied.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

December 16, 2021

cc:  Christopher M. Elwell, pro se
     Counsel of Record