UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher M. Elwell

    v.                                           Civil No. 18-cv-906-LM

Correia, et al.

O R D E R

As stated in the Report and Recommendation, Elwell's potential claim for denial of access to courts against officers of the New Hampshire State Prison is a matter for a separate lawsuit. See Lewis v. Casey, 518 U.S. 343, 349-53 (1996); see also Fed. R. Civ. P. 20(a)(2) (standard for joinder of defendants). Thus, Elwell's motion for injunctive relief is properly denied without prejudice to Elwell's ability to file a new suit raising claims for denial of meaningful access to the courts.

Accordingly, I approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 16, 2021. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
Chief Judge

January 31, 2022

cc: Christopher M. Elwell, pro se
    Matthew Burrows, Esq.